# ENTRY ORDER

2018 VT 24

SUPREME COURT DOCKET NO. 2017-186

DECEMBER TERM, 2017

| | | |
|---|---|---|
| Board of School Directors of Washington Northeast Supervisory Union | } | APPEALED FROM: |
| v. | } | Labor Relations Board |
| Cabot Teachers' Association and Twinfield Education Association | } | DOCKET NO. 16-60 |

In the above-entitled cause, the Clerk will enter:

¶ 1.     Appellant Board of School Directors of Washington Northeast Supervisory Union appeals the Vermont Labor Relations Board's conclusion that Appellees Cabot Teachers' Association and Twinfield Education Association did not commit an unfair labor practice by declining to engage in collective bargaining in a public session.  Appellant's appeal hinges on its legal argument that collective bargaining negotiating sessions between the school board negotiations council and the teachers organization negotiations council are public meetings subject to the requirements of Vermont's Open Meeting Law.  We rejected that argument in our decision in <u>Negotiations Committee of Caledonia Central Supervisory Union v. Caledonia Central Education Association</u> issued this day.  See 2018 VT 18, ___ Vt. ___, ___ A.3d ___.  Accordingly, for the reasons set forth in that decision, we affirm the VLRB's ruling in this case.

<u>Affirmed</u>.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

☒ Publish

☐ Do Not Publish

_____
Marilyn S. Skoglund, Associate Justice

_____
Beth Robinson, Associate Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Karen R. Carroll, Associate Justice